UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHARON D. THOMPSON,

                              Plaintiff,

                                                                  DECISION AND ORDER

                                                                    09-CV-6340L

                            v.

NATIONWIDE CREDIT, INC.,

                              Defendant.
_____

      By letter dated April 25, 2012 (Dkt. #3), plaintiff's counsel requested that the action be dismissed.  No answer or appearance having been made by defendant, pursuant to plaintiff's request, this action is dismissed with prejudice pursuant to FED. R. CIV. P. 41(a).

      IT IS SO ORDERED.

                                                      _____
                                                         DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
         April 30, 2012.